# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| MICHAEL DEAN GONZALES, | § | |
| | § | CIVIL NO. MO:22-cv-0046-DC |
| *Plaintiff,* | § | |
| | § | **DEATH PENALTY CASE** |
| v. | § | |
| | § | |
| TRAVIS BRAGG, | § | |
| District Attorney Pro Tem, Ector County; | § | |
| | § | |
| MICHAEL GERKE, Chief, | § | |
| Odessa Police Department; | § | |
| | § | |
| FREEMAN MARTIN, Director, | § | |
| Texas Department of Public Safety; | § | |
| | § | |
| *Defendants.* | | |

## NOTICE OF APPEAL

Notice is given under Fed. R. App. P. 3 and 4(a)(1)(A) that Plaintiff Michael Dean Gonzales appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order Dismissing Complaint, ECF No. 61, and Final Judgment, ECF No. 62, entered on February 3, 2026.

DATED: March 4, 2026

1

Respectfully submitted,

Richard Burr
Texas Bar No. 24001005
Burr and Welch, PC
PO Box 525
Leggett, TX 77350
713-628-3391
dick@burrandwelch.com

Maureen Franco
Federal Public Defender for the
Western District of Texas

/s/ Joshua Freiman
Joshua Freiman
NY Regis. No. 5353545
T. Nathaniel Lombardo
Texas Bar No. 24116683
Assistant Federal Public Defenders
919 Congress Ave., Ste. 950
Austin, TX 78701
737-207-3010 (phone)
512-499-1584 (fax)
Joshua_Freiman@fd.org

*Counsel for Michael Dean Gonzales*

2

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing will be served on counsel for all Defendants using the CM/ECF system.

/s/ Joshua Freiman
Joshua Freiman

*Counsel for Mr. Gonzales*

3