# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 24, 2026

Lyle W. Cayce
Clerk

———————————

No. 26-70003

———————————

MICHAEL DEAN GONZALES,

*Plaintiff—Appellant*,

*versus*

MICHAEL GERKE, *Chief, Odessa Police Department*; DIRECTOR
FREEMAN F. MARTIN; TRAVIS GOLDEN BRAGG,

*Defendants—Appellees*.

———————————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CV-46

———————————————————————————

ORDER:

IT IS ORDERED that the unopposed motion filed by Appellee Mr. Michael Gerke for an extension of twenty-nine (29) days, or until July 24, 2026, to file his brief is GRANTED, BUT NO FURTHER REQUESTS BY APPELLEE FOR EXTENSION WILL BE APPROVED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT